IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60749
Summary Calendar
_____

JOHN L. MALONE,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No.4:96-CV-78-LS
- - - - - - - - - -
August 13, 1998

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

John L. Malone appeals from the district court's judgment
affirming the denial of his application for disability insurance
and period of disability benefits.  Malone argues that the
Commissioner's finding that he had the residual functional
capacity to perform the physical exertion and nonexertional
requirements of work except for lifting more than 10 pounds
frequently contradicts the definition of light work.  Malone did
not raise this issue before the Appeals Council or the district

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

court.  This court does not consider issues raised for the first time in an appeal of a social security case.  See Bowman v. Heckler, 706 F.2d 564, 568 (5th Cir. 1983); see also Dominick v. Bowen, 861 F.2d 1330, 1332 (5th Cir. 1988).

Malone also argues that substantial evidence did not exist to support the finding that he was not disabled.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons adopted by the district court.  See Malone v. Callahan, No. 4:96-CV-78-LS (S.D. Miss. Sep. 8, 1997).

AFFIRMED.